**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **MARIE BARBARA BOURGOIN,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:11-cv-120-DBH** |
| | ) | |
| **UNICREDIT GROUP, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On May 18, 2011, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, her Recommended Decision on the plaintiff's request for immediate injunctive relief. The plaintiff filed an objection to the Recommended Decision on June 6, 2011. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendation of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's request for injunctive relief is **DENIED**.

**SO ORDERED.**

**DATED THIS 7TH DAY OF JUNE, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**