UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **MARIE BARBARA BOURGOIN,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:11-cv-120-DBH** |
| | ) | |
| **UNICREDIT GROUP, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On August 12, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision and Order Addressing Recusal. The time within which to file objections expired on August 29, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motions to dismiss are **GRANTED**. The defendants Allstate Insurance Company and Encompass Insurance and their law firms are relieved from filing further responses in this litigation unless specifically ordered to do so by this Court.

Further, I place Marie Barbara Bourgoin on **NOTICE** that filing restrictions "may be in the offing." Cok v. Family Court of Rhode Island, 985 F.2d 32, 35

(1st Cir. 1993).  This represents the "cautionary order" of which <u>Cok</u> speaks. Groundless and inappropriate filings will not be tolerated.

**SO ORDERED.**

**DATED THIS 6TH DAY OF SEPTEMBER, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**